Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7346
Fax: (602) 200-7825
jcollins@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Target Stores, Inc.

**SUPERIOR COURT OF THE STATE OF ARIZONA**

**COUNTY OF PIMA**

| | |
|---|---|
| JEFF FARRELL, an adult individual,<br><br>         Plaintiff,<br><br>v.<br><br>TARGET STORES, INC., a Minnesota Corporation; JOHN DOES I- X; JANE DOES I-X; ABC PARTNERSHIPS I-X and XYZ CORPORATIONS I-X,<br><br>         Defendants. | NO. C20201478<br><br>**NOTICE OF FILING NOTICE OF REMOVAL**<br><br>(Assigned to the Honorable Richard E. Gordon) |

   Defendant Target Stores, Inc., by and through undersigned counsel, pursuant to 28 U.S.C. § 1441, et seq. notify this Court that they filed a Notice of Removal of this action to the United States District Court the for District of Arizona. A copy of the Notice of Removal (exclusive of exhibits) is attached as Exhibit A.

. . .

. . .

. . .

DATED this 27th day of April 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Jefferson T. Collins
  Jefferson T. Collins
  40 North Central Avenue, Suite 2700
  Phoenix, Arizona 85004
  Attorneys for Defendant Target Stores, Inc.

ORIGINAL of the foregoing electronically filed
this 27th day of April 2020.

COPY of the foregoing mailed/e-mailed
this 27th day of April 2020, to:

Christopher J. Zachar
ZACHAR LAW FIRM, P.C.
P. O. Box 47640
Phoenix, Arizona 85020
Attorneys for Plaintiff

/s/ Kathy Kleinschmidt

# EXHIBIT A

Jefferson T. Collins, Bar #016428
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7825
jcollins@jshfirm.com

Attorneys for Defendant Target Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Farrell, an adult individual,<br><br>Plaintiff,<br><br>v.<br><br>Target Stores, Inc. a Minnesota Corporation; John Does I- X; Jane Does I-X; ABC Partnerships I-X and XYZ Corporations I-X,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

Defendant Target Stores, Inc., by and through undersigned counsel, files this Notice of Removal of this action to the United States District Court for the District of Arizona and states as follows:

1. On or about March 25, 2020, this action was commenced against Defendant in the Superior Court of the State of Arizona, in and for the County of Pima under the caption *Jeff Farrell v. Target Stores, Inc., et al*. On or about April 21, 2020 Defendant filed its Answer. Copies of the initial pleadings are attached hereto as Exhibit A. Defendant was served by process on March 27, 2020.

2. Target Corporation, incorrectly named Target Stores, Inc., is a Minnesota Corporation with its principal place of business in Minneapolis, Minnesota. According to the Complaint, Plaintiff is a resident and citizen of Pima County, Arizona.

3. This Court has original jurisdiction over the civil action pursuant to

8397144.1

28 U.S.C. § 1332 in that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states. At this time, Defendant is aware of claimed medical bills in the amount of $233,531.80, claimed lost wages, and Plaintiff submitted a pre-litigation demand in the amount of $833,000. Based upon this information, the amount in controversy exceeds the jurisdictional limits for diversity jurisdiction. Therefore, this action may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, et seq.

4. Written notice of the filing of this Notice of Removal will be given to all adverse parties as required by law and a true and correct copy of this Notice will be filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Pima.

5. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendant Target Stores. Inc. respectfully requests that this action be removed to this Court.

DATED this 27th day of April 2020.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ Jefferson T. Collins
Jefferson T. Collins
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Target Stores, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April 2020, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Kathy Kleinschmidt

8397144.1                                   2